IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Peters, Robert C

Printed: 12/23/08

Case Number: 05 B 53362
Judge: Hollis, Pamela S
Filed: 10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 5, 2008
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 54,575.36 |  |
| Secured: |  | 11,434.11 |
| Unsecured: |  | 28,907.22 |
| Priority: |  | 10,661.04 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,997.63 |
| Other Funds: |  | 575.36 |
| Totals: | 54,575.36 | 54,575.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Ford Motor Credit Corporation | Secured | 11,434.11 | 11,434.11 |
| 3. | Illinois Dept of Revenue | Priority | 499.60 | 499.60 |
| 4. | Internal Revenue Service | Priority | 10,161.44 | 10,161.44 |
| 5. | Illinois Student Assistance Commission | Unsecured | 1,665.07 | 11,286.88 |
| 6. | Discover Financial Services | Unsecured | 475.65 | 3,224.28 |
| 7. | ECast Settlement Corp | Unsecured | 401.07 | 2,718.70 |
| 8. | Capital One | Unsecured | 126.98 | 860.70 |
| 9. | Internal Revenue Service | Unsecured | 46.93 | 318.11 |
| 10. | Emerge Mastercard | Unsecured | 215.64 | 1,461.80 |
| 11. | Capital One | Unsecured | 48.65 | 329.77 |
| 12. | Sallie Mae | Unsecured | 1,276.51 | 8,652.96 |
| 13. | Illinois Dept of Revenue | Unsecured | 7.97 | 54.02 |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 16. | Bank One | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Exxon Mobil | Unsecured |  | No Claim Filed |
| 19. | James Capone | Unsecured |  | No Claim Filed |
| 20. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,359.62 | $ 51,002.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Peters, Robert C

Printed: 12/23/08

Case Number:  05 B 53362
Judge:  Hollis, Pamela S
Filed:  10/13/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 582.55 |
| 5% | 207.68 |
| 4.8% | 410.42 |
| 5.4% | 995.73 |
| 6.5% | 564.10 |
| 6.6% | 237.15 |
| | $ 2,997.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

